DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BEACHES OPEN MRI OF BOYNTON BEACH MRI SPECIALIST** and
**GLORIA WHYMS,**
Appellants,

v.

**SECURITY NATIONAL INSURANCE COMPANY,**
Appellee.

No. 4D21-236

[July 21, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case Nos. 502012SC016358XXXXSB and 502020AP000019CAXXMB.

Chad A. Barr of Law Office of Chad A. Barr, P.A., Altamonte Springs, for appellants.

Anthony J. Parrino and Jennifer W. Opiola of Reynolds Parrino & Shadwick, P.A., St. Petersburg, and Sunia Yvette Marsh of Law Office of Christina M. Sanabria, Tampa, for appellee.

PER CURIAM.

*Affirmed.  See Bartow HMA, Inc. v. Sec. Nat'l Ins. Co.*, No. 4D21-167 (Fla. 4th DCA July 14, 2021).

MAY, LEVINE and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***